PHILLIP A. TALBERT
United States Attorney
JASON HITT
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
AUG 3 1 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH LEE RICHTER,<br><br>Defendant. | CASE NO. 2:17-CR-154 KJM<br><br>21 U.S.C. §§ 813, 841(a)(1), 841(b)(1)(C) – Distribution of a Controlled Substance Causing the Death of a Person; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute a Controlled Substance; 21 U.S.C. § 853(a) – Criminal Forfeiture |

INDICTMENT

COUNT ONE: [21 U.S.C. §§ 813, 841(a)(1), 841(b)(1)(C) – Distribution of a Controlled Substance Causing the Death of a Person]

The Grand Jury charges: T H A T

ELIJAH LEE RICHTER,

defendant herein, on or about September 8, 2012, in the State and Eastern District of California, in the County of El Dorado, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of 25i-nBOME, a controlled substance analogue as defined in 21 U.S.C. § 802(32), with intent for human consumption as provided in 21 U.S.C. § 813, which caused the death of a person, specifically, a juvenile named A.A., all in violation of Title 21, United States Code, Sections 813, 841(a)(1), and 841(b)(1)(C).

///

**COUNT TWO**: [21 U.S.C. § 813, 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute a Controlled Substance]

The Grand Jury further charges: T H A T

ELIJAH LEE RICHTER,

defendant herein, on or about September 9, 2012, in the State and Eastern District of California, in the County of El Dorado, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of 25i-nBOME, a controlled substance analogue as defined in 21 U.S.C. § 802(32), with intent for human consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, Sections 813, 841(a)(1), and 841(b)(1)(C).

**FORFEITURE ALLEGATION**: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of the Indictment, defendant ELIJAH LEE RICHTER shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offense, or conspiracy to commit such offenses, for which defendant is convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of the Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

INDICTMENT                               2

   e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. **2:17-CR-154** KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ELIJAH LEE RICHTER

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. §§ 813, 841(a)(1), 841 (b)(1)(C) – Distribution of a Controlled Substance Causing the Death of a Person; 21 U.S.C. § 841 (a)(1) – Possession with Intent To Distribute a Controlled Substance; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* **31** *day of* **August**, A.D. 20 **17**

*Clerk*

*Bail, $* **NO BAIL WARRANT PENDING HEARING**

GPO 863 525

<u>**United States v. Elijah RICHTER**</u>
**Penalties for Indictment**

<u>COUNT ONE</u>                                                          2:17 - CR 1 5 4      KJM

VIOLATION:        21 U.S.C. §§ 841(A)(1), (B)(1)(C) – Distribution of a Controlled Substance Causing the Death of a Person

PENALTIES:        Mandatory minimum of 20 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

<u>COUNT TWO</u>

VIOLATION:        21 U.S.C. § 841(A)(1) – Possession with Intent to Distribute a Controlled Substance

PENALTIES:        Up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**<u>FORFEITURE ALLEGATION:</u>**

VIOLATION:        21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:        As stated in the charging document