UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 19, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ELIJAH LEE RICHTER, ) <br> ) <br> Defendant. ) | Case No. 2:17CR00154-KJM <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ELIJAH LEE RICHTER__ , Case No. __2:17CR00154-KJM__ , Charge __21USC § 841(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of $_____

✔ Unsecured Appearance Bond $25,000.00

\_\_ Appearance Bond with 10% Deposit

\_\_ Appearance Bond with Surety

\_\_ Corporate Surety Bail Bond

✔ (Other)   Pretrial conditions as stated on the record.

**The defendant shall be released to the Pretrial Services Officer on 9/20/2017 @ 8:30 a.m.**

Issued at __Sacramento, CA__ on __September 19, 2017__ at __10:08 am__ .

By  /s/ Allison Claire/s/ Allison Claire
   Allison Claire
   United States Magistrate Judge

Copy 2 - Court